UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMIE GABRIEL, <br> ASHLEIGH GABRIEL, <br><br> Plaintiffs, <br><br> v. <br><br> NCC BUSINESS SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:18-cv-02562-JRS-TAB <br> ) <br> ) <br> ) <br> ) |

**ORDER ON SEPTEMBER 16, 2020, TELEPHONIC SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel September 16, 2020, for a telephonic settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. The parties shall file a stipulation within 28 days.

Dated: 9/21/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email