> Dismissal with prejudice acknowledged.
> JRS, DJ, 10/26/2020
> Distribution to all parties of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMIE GABRIEL and ASHLEIGH GABRIEL, | CASE NO. 1:18-cv-02562-JRS-TAB |
| Plaintiffs, | JUDGE SWEENEY<br>MAGISTRATE JUDGE BAKER |
| v. | |
| NCC BUSINESS SERVICES, INC., | **JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Tammie Gabriel and Ashleigh Gabriel ("Plaintiffs") and Defendant NCC Business Services, Inc. hereby stipulate to the dismissal of Plaintiffs' claims with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/Robert E. Duff per 10/15 e-mail auth.*
Robert E. Duff
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
Telephone: 800-817-0461
Facsimile: 800-817-0461
Email: robert@robertdufflaw.com

*Counsel for Plaintiffs, Tammie Gabriel and Ashleigh Gabriel*

*/s/David B. Shaver*
Jeffrey C. Turner, admitted PHV (OH #0063154)
David B. Shaver, admitted PHV (OH #0085101)
Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
(937) 222-2333 | (937) 222-1970 (fax)
jturner@sdtlawyers.com
dshaver@sdtlawyers.com

Weston E. Overturf, Attorney No. 27281-49
Overturf Fowler LLP
201 N. Illinois Street, South Tower, 16th Floor
Indianapolis, Indiana 46024
wes@ofattorneys.com

*Counsel for Defendant NCC Business Services, Inc.*